UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SHAHADIN ABDULLAH MUHAMMAD,
a/k/a LEROY BLACK,

          Petitioner,

      v.

LYDELL B. SHERRER, et al.,

          Respondents.

Civil Action No. 05-367 (JLL)

**O R D E R**

For the reasons set forth in the Court's Opinion filed herewith,

It is on this  13th  day of  June , 2005,

ORDERED that the application for a writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED with prejudice as time-barred under 28 U.S.C. § 2244(d)(1); and it is further

ORDERED that no certificate of appealability will issue.

                                      JOSE L. LINARES
                                      United State District Judge